UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEO WILSON, | ) |
| Movant, | ) ) ) |
| v. | ) No. 4:16-CV-996-JCH |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on movant's motion to stay proceedings, pending a United States Supreme Court decision in *Beckles v. United States*, No. 15-8544, 2016 WL 1029080 (cert. granted Jun. 27, 2016) [Doc. 4]. The government has not filed a response to the motion and the time to do so has passed.

Movant seeks to stay the instant proceedings, pending a decision by the Supreme Court in *Beckles v. United States*, No. 15-8544, 2016 WL 1029080 (cert. granted Jun. 27, 2016). Movant asserts that *Beckles* involves questions of law directly related to the issues raised in this matter and potentially will be dispositive of the issues herein.

The Court concludes it would be in the interest of judicial economy to stay this case pending a decision by the Supreme Court in *Beckles*. The motion to stay should, therefore, be granted. Movant will be ordered to notify the Court within ten (10) days after a decision has been made in the case, so the stay may be lifted and appropriate action taken herein.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to stay further proceedings [Doc. 4] is **GRANTED**.

**IT IS FURTHER ORDERED** that within ten (10) days of a decision in *Beckles v. United States*, movant shall notify the Court in writing so the stay may be lifted and appropriate action taken herein.

**IT IS FURTHER ORDERED** that the present case is **STAYED** and this action is **ADMINISTRATIVELY CLOSED**, pending further order of this Court.

Dated this 25th day of August, 2016.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE